**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| West End Ventures LLC, | : | Civil Action No. |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY DEMAND |
| | : | |
| Sabra Dipping Company, LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

-------------------------------------------------------------------x

## COMPLAINT

Plaintiff West End Ventures LLC ("West End"), for its complaint against defendant, Sabra

Dipping Company, LLC ("Sabra"), alleges as follows:

### THE PARTIES

1.      The plaintiff, West End, is a limited liability corporation having a place of business at

5507-10 Nesconset Highway, Suite 201, Mt. Sinai, NY 11766.

2.      On information and belief, the defendant, Sabra Dipping Company, LLC, is a

corporation organized under the laws of the State of Delaware, having its principal place of business at

777 Whitestone Avenue, 3rd Floor, White Plains, New York, 10604.

### JURISDICTION AND VENUE

3.      This action arises under the patents laws of the United States, particularly 35 U.S.C.

§271 *et seq*.

4.      This Court has subject matter jurisdiction over the dispute pursuant to 28 U.S.C. §1338.

5.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1400(b).

## THE WEST END DESIGN PATENT

6.     For many years, West End has engaged in the design, development, and sale of food containers, and more specifically, food containers for dipping sauces.

7.     West End has taken steps to protect its innovative designs, including food container related designs.

8.     West End is the owner of the entire right, title and interest in and to United States Design Patent No. D539,612 ("the '612 Patent"), entitled "FOOD CONTAINER," which was duly and legally issued by the United States Patent and Trademark Office on April 3, 2007 in the name of the inventor, Aaron Foss. A copy of the '612 patent is included in Appendix A.

9.     West End is the owner of the entire right, title and interest in and to United States Design Patent No. D598,715 ("the '715 Patent"), entitled "FOOD CONTAINER," which was duly and legally issued by the United States Patent and Trademark Office on April 25, 2009 in the name of the inventor, Aaron Foss. A copy of the '715 Patent is included in Appendix B.  The '612 Patent and the '715 Patent are collectively referred to as the "West End Design Patents."

10.     Food containers covered by the West End Design Patents have been sold under the brand name WINGDIPPER® since at least as early as January 8, 2007.

## SABRA'S INFRINGING ACTIVITIES

11.     On information and belief, without West End's authorization, Sabra has offered for sale and sold in the United States food containers having designs that are covered by the West End Design Patents ("Infringing Containers").

12.     On information and belief, Sabra knowingly and intentionally sold and continues to sell

the Infringing Containers.

13.     On information and belief, Sabra transacts and does business in this District by, *inter alia*, having offered for sale, having sold, continuing to offer for sale, and/or continuing to sell the Infringing Containers in this District.

14.     On information and belief, the Infringing Containers are being sold in at least twenty stores in Connecticut within twenty-five miles from Middletown, Connecticut, including ShopRite, BJ's Wholesale Club, and Big Y Supermarket stores. A printout from Sabra's webpage showing its retail sales outlets in Connecticut is included in Appendix C.

15.     The charts below demonstrate Sabra's infringement by comparing figures from the West End Design Patents with the Infringing Containers sold by Sabra.

| Chart 1: Figures from the '612 Patent Compared to Images of the Infringing Containers |
|---|




FIG.2

FIG.3

FIG.4

FIG.5



FIG.6

FIG.7

FIG.8

FIG.9



FIG.10

FIG.11

FIG.12

FIG.13



FIG.14

FIG.15

*Note that the figures and images were digitally copied and pasted herein to illustrate Sabra's infringement. To comply with formatting rules of the court and to provide the best illustration of infringement, the figures have been reduced in size. This is intended to aid the court and is not intended, in any way, to limit the Plaintiff.*

**Chart 2: Figures from the '715 Patent Compared to Images of the Infringing Containers**



FIG. 1



FIG. 2

FIG. 3

FIG. 4

FIG. 5

*Note that the figures and images were digitally copied and pasted herein to illustrate Sabra's infringement. To comply with formatting rules of the court and to provide the best illustration of infringement, the figures have been reduced in size. This is intended to aid the court and is not intended, in any way, to limit the Plaintiff.*

16.     On information and belief, Sabra has infringed and continues to infringe the West End Design Patents within the meaning of 35 U.S.C. § 271(a) at least by selling and offering to sell the Infringing Containers without West End's authorization or license.

17.     On information and belief, Sabra's infringement of the West End Design Patents has been and continues to be intentional and willful.

## COUNT 1: PATENT INFRINGEMENT

18.     West End re-alleges each and every allegation set forth in paragraphs 1 – 17 above, inclusive, and incorporates them by reference herein.

19.     Sabra has made, used, offered to sell, sold, and/or imported into the United States, and still is making, using, offering to sell, selling, and/or importing into the United States, food containers having designs that infringe the West End Design Patents without West End's authorization.

20.     On information and belief, Sabra's infringement has been intentional and willful, making this an exceptional case.

21.     West End has been and will continue to be irreparably harmed by Sabra's infringement of the West End Design Patents.

## PRAYER FOR RELIEF

**WHEREFORE**, West End prays for judgment as follows:

A.     That a preliminary and permanent injunction be entered against defendant, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with it who receive actual notice of the order by personal service or otherwise, from any further infringement of the West End Design Patents.

B.     That West End be awarded its damages, suffered by reason of the infringement by

defendant, together with prejudgment interest.

      C.      That West End be awarded enhanced damages pursuant to 35 U.S.C. § 284.

      D.      That this is an exceptional case pursuant to 35 U.S.C. § 285.

      E.      That West End be awarded its attorneys' fees and costs.

      F.      That West End be awarded any other and further relief that this Court may deem just

and proper or otherwise permitted by law.


## JURY DEMAND

West End demands a trial by jury on all claims and issues so triable.


Respectfully submitted,
West End Ventures LLC


Date: February 4, 2012      By: /s/ Walter B. Welsh _____
      Walter B. Welsh, ct27210
      MKG, LLC
      101 Centerpoint Drive
      Suite 206
      Middletown, CT  06451
      Tel: 860-632-7200
      Fax: 860-632-8269
      Email: welsh@mkgip.com; engel@mkgip.com

      ATTORNEY FOR PLAINTIFF
      WEST END VENTURES LLC

# Appendix A

Case 3:13-cv-00162-RNC   Document   Filed 09/20/13   Page 12 of 25

US00D539612S

(12) **United States Design Patent** (10) Patent No.: **US D539,612 S**

Foss (45) Date of Patent: ⁂ **Apr. 3, 2007**

(54) **FOOD CONTAINER**

(76) Inventor: **Aaron Foss**, 15 Gladysz Way, Port Jefferson, NY (US) 11776

(**) Term: **14 Years**

(21) Appl. No.: **29/242,040**

(22) Filed: **Nov. 4, 2005**

(51) **LOC (8) Cl.** ..................................................... **07-01**

(52) **U.S. Cl.** ......................................... **D7/629**; D9/428

(58) **Field of Classification Search** .................. D7/602, D7/629, 538–542; D9/414, 424–432; 220/787–805; D3/201, 203.1, 205, 206, 273, 302
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D224,585 S | 8/1972 | Jewell |
| D286,844 S | 11/1986 | Daenen et al. |
| D297,119 S | 8/1988 | Fontana et al. |
| D330,309 S * | 10/1992 | Minuti ........................ D7/629 |
| D371,940 S | 7/1996 | Krupa |
| D387,272 S | 12/1997 | Lippincott |
| D414,080 S | 9/1999 | Bolwien |
| D414,409 S | 9/1999 | Sanfilippo et al. |
| D420,857 S | 2/2000 | Loew et al. |
| D474,687 S | 5/2003 | Jones et al. |
| D485,473 S | 1/2004 | Dais et al. |
| D486,358 S | 2/2004 | Dais et al. |
| D494,463 S | 8/2004 | Tsao |
| D501,366 S | 2/2005 | Claypool et al. |
| D505,335 S | 5/2005 | Grenda |

* cited by examiner

*Primary Examiner*—Terry A. Wallace
(74) *Attorney, Agent, or Firm*—Wiggin and Dana LLP; Elizabeth A. Galletta

(57) **CLAIM**

What is claimed is, the ornamental design for a food container, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a top, front, and right side of an ornamental design for a container and lid according to the present invention;
FIG. **2** is a top plan view of the container and lid of FIG. **1**;
FIG. **3** is a right side elevational view of the container and lid of FIG. **1**, a left side elevational view being identical thereto;
FIG. **4** is a front elevational view of the container and lid of FIG. **1**, a rear elevational view being identical thereto;
FIG. **5** is a bottom view of the container and lid of FIG. **1**;
FIG. **6** is a perspective view of a top, front and right side of an ornamental design for a container according to the present invention;
FIG. **7** is a top plan view of the container of FIG. **6**;
FIG. **8** is a right side elevational view of the container of FIG. **6**, a left side elevational view being identical thereto;
FIG. **9** is a front elevational view of the container of FIG. **6**, a rear elevational view being identical thereto;
FIG. **10** is a bottom view of the container of FIG. **6**;
FIG. **11** is a perspective view of a top, front and right side of an ornamental design for a lid according to the present invention;
FIG. **12** is a top plan view of the lid of FIG. **11**;
FIG. **13** is a right side elevational view of the lid of FIG. **11**, a left side elevational view being identical thereto;
FIG. **14** is a front elevational view of the lid of FIG. **11**, a rear elevational view being identical thereto; and,
FIG. **15** is a bottom view of the lid of FIG. **11**.
The container and lid are shown separately for clarity of illustration.

**1 Claim, 6 Drawing Sheets**





FIG.1



FIG.2



FIG.3

FIG.4



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9



FIG.10

Case 3:13-cv-00162-RNC   Document 1   Filed 02/04/13   Page 17 of 25

# FIG.11





# FIG.12



FIG.13



FIG.14



FIG.15

# Appendix B

US00D598715S

US D598,715 S

(12) **United States Design Patent**     (10) Patent No.:     **US D598,715 S**

Foss                                      (45) Date of Patent:     ** **Aug. 25, 2009**

(54) **FOOD CONTAINER**

(76) Inventor:   **Aaron Foss**, 15 Gladysz Way, Port
                 Jefferson, NY (US) 11776

(**) Term:     **14 Years**

(21) Appl. No.: **29/269,353**

(22) Filed:     **Nov. 28, 2006**

**Related U.S. Application Data**

(62) Division of application No. 29/242,040, filed on Nov.
     4, 2005, now Pat. No. Des. 539,612.

(51) **LOC (9) Cl.** .................................... **07-01**
(52) **U.S. Cl.** ........................................ **D7/602**; D9/428
(58) **Field of Classification Search** .................. D7/602,
     D7/629, 538–542; D9/414, 424–432; 220/780–806;
     D3/201, 203.1, 205, 206, 273, 302
     See application file for complete search history.

(56)                **References Cited**

               U.S. PATENT DOCUMENTS

| D224,585 | S   |    | 8/1972  | Jewell          |        |
|----------|-----|----|---------|-----------------|--------|
| D286,844 | S   |    | 11/1986 | Daenen et al.   |        |
| D297,119 | S   |    | 8/1988  | Fontana et al.  |        |
| D330,309 | S   |    | 10/1992 | Minuti          |        |
| D343,340 | S   | *  | 1/1994  | Frye, Jr. et al. | D7/269 |
| D371,940 | S   |    | 7/1996  | Krupa           |        |
| D387,272 | S   |    | 12/1997 | Lippincott      |        |
| D414,080 | S   |    | 9/1999  | Bolwien         |        |

| D414,409 | S   |    | 9/1999  | Sanfilippo et al. |        |
|----------|-----|----|---------|-------------------|--------|
| D420,857 | S   |    | 2/2000  | Loew et al.       |        |
| D474,687 | S   |    | 5/2003  | Jones et al.      |        |
| D483,232 | S   | *  | 12/2003 | Liu               | D7/629 |
| D485,473 | S   |    | 1/2004  | Dais et al.       |        |
| D486,358 | S   |    | 2/2004  | Dais et al.       |        |
| D494,463 | S   |    | 8/2004  | Tsao              |        |
| D501,366 | S   |    | 2/2005  | Claypool et al.   |        |
| D505,335 | S   |    | 5/2005  | Grenda            |        |
| D518,685 | S   | *  | 4/2006  | Aalberts          | D7/602 |

* cited by examiner

*Primary Examiner*—Terry A Wallace
(74) *Attorney, Agent, or Firm*—Michaud-Duffy Group LLP

(57)                   **CLAIM**

What is claimed is, the ornamental design for a food con-
tainer, as shown and described.

                 **DESCRIPTION**

FIG. **1** is a perspective view of a top, front and right side of an
ornamental design for a container according to the present
invention;

FIG. **2** is a top plan view of the container of FIG. **1**;

FIG. **3** is a right side elevational view of the container of FIG.
**1**, a left side elevational view being identical thereto;

FIG. **4** is a front elevational view of the container of FIG. **1**, a
rear elevational view being identical thereto; and,

FIG. **5** is a bottom view of the container of FIG. **1**.

**1 Claim, 2 Drawing Sheets**





## FIG. 1



## FIG. 2



FIG. 3



FIG. 4



FIG. 5

# Appendix C



Store Locator

# Store Locator

*Enter your zip code below to find a local retailer who stocks Sabra products.*

*06457*

## Product Key

| Hummus | Yogurt Dips |
|---|---|
| Salsa | Guacamole |
| Vegetarian Sides | |

| | Store Name | Address | Distance | Available Products |
|---|---|---|---|---|
| A | ShopRite | 533 S Broad St, CT 00645 | 8.50m | |
| B | BJs Wholesale Club | 1046 N. Colony Rd, CT 06492 | 8.80m | |
| C | ShopRite | 846 N Colony Rd, CT 00649 | 9.42m | |
| D | ShopRite | 31 Main St, CT 00611 | 12.78m | |
| E | BJs Wholesale Club | 75 Spring St, CT 06489 | 13.10m | |
| F | ShopRite | 750 Queen St, CT 00648 | 13.15m | |
| G | BJs Wholesale Club | 507 New Park Ave., CT 06110 | 13.84m | |
| H | ShopRite | 46 Kane St, CT 00611 | 14.61m | |
| I | ShopRite | 214 Spencer St, CT 00604 | 15.73m | |
| J | ShopRite | 1200 Farmington Ave, CT 00601 | 16.73m | |



| | | | |
|---|---|---|---|
| K | **BJs Wholesale Club** | 555 Universal Dr. N, CT 06473 | 17.20m |
| L | **Big Y Supermarket** | 830 Boston Post Rd, CT 06437 | 17.84m |
| M | **BJs Wholesale Club** | 1046 Tolland Turnpike, CT 06042 | 18.03m |
| N | **BJs Wholesale Club** | 344 Reidville Dr, CT 06705 | 18.15m |
| O | **ShopRite** | 943 Wolcott St, CT 00670 | 18.52m |
| P | **ShopRite** | 2100 Dixwell Ave, CT 00651 | 18.55m |
| Q | **ShopRite** | 266 E Main St, CT 00641 | 20.55m |
| R | **ShopRite** | 110 Albany Tpke Ste 110A, CT 00601 | 22.45m |
| S | **ShopRite** | 1131 Campbell Ave, CT 00651 | 23.84m |
| T | **BJs Wholesale Club** | 1589 Main St, CT 06226 | 24.52m |